**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No.: 1:17-CV-02525-RM-SKC**

BENJAMIN SWEITZER and STEVE ROTHERMICH,

    Plaintiffs,

v.

J.T. TIMBER FALLING, INC.,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Benjamin Sweitzer and Steve Rothermich, with consent and stipulation of Defendant J.T. Timber Falling, Inc. (the "Parties"), through their respective undersigned counsel, hereby voluntarily dismiss this action in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall each bear their respective costs and fees incurred in connection with this action.

Respectfully submitted this 27th day of September 2018.

| | |
|---|---|
| */s/Andrew C. Quisenberry*<br>Andrew C. Quisenberry<br>Bachus & Schanker, LLC<br>1899 Wynkoop Street, Suite 700<br>Denver, CO 80202<br>Telephone: 303.893.9800<br>Fax: 303.893.9900<br>Andrew.quisenberry@coloradolaw.net<br><br>Attorney for Plaintiffs | */s/Jennifer S. Harpole*<br>Jennifer S. Harpole<br>LITTLER MENDELSON, P.C.<br>1900 Sixteenth Street, Suite 800<br>Denver, CO 80202<br>Tel: 303-629-6200<br>Fax: 303-629-0200<br>jharpole@littler.com |

|  | Matthew K. Hobbs<br>San Luis Valley Law Firm<br>101 Chico Ct., Ste. A<br>Monte Vista, CO 81144<br>Tel: 719-852-0627<br>Fax: 800-233-0798<br>matt@slv-law.com<br><br>Attorneys for Defendant |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed via CM/ECF and served upon the following:

Matthew K. Hobbs
San Luis Valley Law Firm
101 Chico Ct., Ste. A
Monte Vista, CO 81144
Tel: 719-852-0627
Fax: 800-233-0798
matt@slv-law.com

Jennifer S. Harpole
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Tel: 303-629-6200
Fax: 303-629-0200
jharpole@littler.com

Attorneys for Defendant

*/s/Andrew C. Quisenberry*
Andrew C. Quisenberry

2